UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO 5:16-cr-00076 |
| | * | |
| VERSUS | * | 18 U.S.C. § 641 |
| | * | |
| ROSE MARIE JACKSON aka | * | JUDGE FOOTE |
| ROSE MARIE JACKSON ALLEN | * | MAGISTRATE JUDGE HORNSBY |

## BILL OF INFORMATION

### COUNT 1
(Theft of Government Property)

Beginning on or about March 1, 1986, and continuing until on or about January 31, 2015, in the Western District of Louisiana the defendant, **ROSE MARIE JACKSON aka ROSE MARIE JACKSON ALLEN**, did knowingly and willingly embezzle, steal, purloin and convert to her own use, or the use of another, a sum in excess of $1,000.00 in the form of Social Security Administration benefit payments to which she was not entitled, such funds being the property of the United States, in violation of Title 18, United States Code, Section 641. [18 U.S.C. § 641]

STEPHANIE A. FINLEY
United States Attorney


 /s/ *Brandon B. Brown*
BRANDON B. BROWN (LA Bar #31068)
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
Phone: (318) 676-3600